**Order entered February 4, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01397-CV

### COREY STEELE, Appellant

### V.

### UG NATIONAL, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07861**

## ORDER

Pursuant to Texas Rule of Civil Procedure 145(g)(3) and Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than February 10, 2020, a supplemental clerk's record containing a copy of (1) the trial court's docket sheet; (2) any filings by appellees concerning appellant's statement of inability to pay costs; and, (3) any trial court orders concerning appellant's ability to pay for costs on appeals. *See* TEX. R. APP. P. 34.5(c)(1); TEX. R. CIV. P. 145(g)(3). If no orders exist, the trial court shall state so in writing.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE